36

Eugene F. WHITE, d/b/a Eugene F. White Lumber Company, Appellant,

v.

J. D. COX, Appellee.

Court of Appeals of Kentucky.

Oct. 15, 1954.

Amy ROBERTS, Appellant,

v.

Champ PHILLIPS et al., Appellees.

Court of Appeals of Kentucky.

Oct. 15, 1954.

George I. Cline, Morehead, for appellant.

Walter M. Gardner, Ren F. Nickell, West Liberty, for appellee.

V. R. Bentley, Pikeville, for appellant.

James B. Stephenson, Pikeville, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Morgan Circuit Court awarding appellee $800 damages as the value of timber belonging to appellee which appellant wrongfully converted to his own use.

This is a purely fact case as to the true boundary line between the parties and as to the value of the timber cut. An examination of the record shows the findings of the chancellor on both items are amply supported by the evidence.

Motion for an appeal is overruled and the judgment is affirmed.

PER CURIAM.

This is a motion for an appeal from a judgment for defendants in a suit to recover $550 allegedly due the plaintiff from a burial fund. Since it appears that the interest of the deceased in this fund was extinguished by the termination of his employment several years prior to his death, as provided in the by-laws of the organization, a verdict was properly directed for the defendants.

The motion for appeal is overruled and the judgment stands affirmed.